UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JACOBSON WAREHOUSE COMPANY, INC, <br><br>Plaintiff, <br><br>v. <br><br>SAMSUNG SDS AMERICA, INC., <br><br>Defendant. | Case No.: 19cv1885-MMA-LL <br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO EXTEND DEADLINES SET FOR EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** <br><br>**[ECF No. 14]** |
|---|---|

On December 5, 2019, the parties filed a joint motion requesting that the Court continue the December 30, 2019 Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") to late February 2020 and continue the associated deadlines by approximately two months.[1] ECF No. 14. In support, the parties state that lead counsel and party representatives with full settlement authority are not all available for an in-person ENE in San Diego on December 30, 2019 due to vacation plans. Id. at 2. The

---

[1] Specifically, the current deadlines are as follows: (1) conference pursuant to Federal Rule of Civil Procedure 26(f) by December 9, 2019, (2) submit confidential ENE statements by December 19, 2019; (3) file Joint Discovery Plan by December 19, 2019; and (4) exchange initial disclosures by December 23, 2019. ECF No. 13 at 1, 3-5.

1

parties further state that lead counsel and party representatives are participating in private mediation on December 12, 2019 in St. Louis, Missouri for this case and three other similar lawsuits filed in other federal courts. Id. The parties contend that whether they reach settlement or not on December 12, 2019, they will require more time beyond December 30, 2019 to either document and perform under the settlement agreement or complete the requirements of the Court's November 20, 2019 order setting the ENE. Id.; see also ECF No. 13.

The Court finds good cause to continue the ENE and CMC, but not for the length of time requested because if settlement is not reached in December, the commencement of discovery should not be unnecessarily delayed.[2] Accordingly, the Court **GRANTS IN PART and DENIES IN PART** the joint motion as follows:

| Event | Old Date | New Date |
|---|---|---|
| ENE and CMC | December 30, 2019 at 10:30 a.m. | January 29, 2020 at 9:30 a.m. |
| Submit confidential ENE statements | December 19, 2019 | January 21, 2020 |
| Meet and confer pursuant to Federal Rule of Civil Procedure 26(f) | December 9, 2019 | January 8, 2020 |
| File Joint Discovery Plan | December 19, 2019 | January 21, 2020 |
| Exchange initial disclosures | December 23, 2019 | January 22, 2020 |

///

///

///

---

[2] "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d).

1  All other requirements remain as previously set. See ECF No. 13.
2     **IT IS SO ORDERED**.
3  Dated: December 9, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge