1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, an Iowa corporation,<br><br>12<br><br>13                   Plaintiff,<br><br>14         v.<br><br>15  SAMSUNG SDS AMERICA, INC., a California corporation,<br><br>16                   Defendant.<br><br>17 | Case No. 3:19-cv-01885-MMA-LL<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DIMSISSAL DEADLINE**<br><br>[ECF No. 19] |

18

19          Upon considering the papers submitted, and good cause appearing, the parties'

20   joint motion for continuance of the dismissal deadline [ECF No. 19] is **GRANTED**.

21   The parties have until **April 2, 2020** to submit a joint motion for dismissal and

22   proposed order on the same.  A proposed order on the joint motion for dismissal must

23   be e-mailed to the district judge's chambers[1] on the same day. If the signed joint

24   motion for dismissal is timely filed, the parties and attorneys are not required to make

25   any further appearances before Judge Lopez.

26   _____

27   [1]  The proposed order shall be e-mailed pursuant to section 2(h) of the United States
     District Court for the Southern District of California's Electronic Case Filing
28   Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1    If the fully executed joint motion for dismissal is not filed by **April 2, 2020**,

2    then all counsel of record and unrepresented parties are required to appear in person

3    for a Settlement Disposition Conference. The Settlement Disposition Conference will

4    be held on **April 9, 2020** at **9:30 a.m.** in **Courtroom 2B**.

5    If counsel of record or any unrepresented party fails to appear at the Settlement

6    Disposition Conference, or the parties fail to file the signed joint motion for dismissal

7    in a timely manner, the Court will issue an order to show cause why sanctions should

8    not be imposed for failing to comply with this Order.

9    **IT IS SO ORDERED**.

10   Dated:  March 4, 2020

11

12   _____

13   Honorable Linda Lopez
     United States Magistrate Judge

SMRH:4837-4975-0710.1

Case No. 3:19-cv-01885-MMA-LL
ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE TO RESPOND TO THE COMPLAINT