# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG SDS AMERICA, INC., a California corporation,<br><br>Defendant. | Case No.: 19cv1885-MMA (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 21] |

On March 31, 2020, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 21. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **with prejudice**. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: April 1, 2020

HON. MICHAEL M. ANELLO
United States District Judge